JAMES E. FARRELL, as Receiver of the First National Bank in Poultney, Vermont, Respondent, *v.* FANNIE E. WHITE, Appellant.

(Submitted January 20, 1933; decided February 28, 1933.)

*William Sears* and *Rufus B. Lape* for appellant.
*Silas E. Everts* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.